JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MATTHEW CROSS, | ) | NO. ED CV 22-589-AB(E) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| J. CENDERELLI, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: December 20, 2022.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE